UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 20 A 9:19
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NUMBER |
| ) | |
| IGOR MOYSEYEV, ) | |
| SEVERIN YELAUN, ) | |
| DAVID S. TAMAREN and ) | |
| JOHN F. MONTONI ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendants were arrested on January 20, 2005, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
JAMES J. MCGOVERN and
JEFFREY AUERHAHN
Assistant U.S. Attorneys

Date: January 20, 2005

1/20/05
allowed