◎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _filed in open court 1/20/05_

United States
v.
Igor Moyseyev

**APPEARANCE**

Case Number: 05-10010-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Igor Moyseyev
                                                  Initial Appearance

I certify that I am admitted to practice in this court.

1/20/05
Date

_signature_
Signature

James E. McCall
Print Name                               Bar Number

4 Longfellow Pl. suite 3703
Address

Boston       MA         02114
City         State      Zip Code

(617)-720-2900           (617) 742-5761
Phone Number             Fax Number