AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

*filed in open court 1/20/05*

## APPEARANCE

Case Number: 4/6/80
05-10010-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

IGOR MOYSEYEVA

I certify that I am admitted to practice in this court.

1/20/05
Date

Signature

MURRAY P. REISER
Print Name                                      Bar Number

4 LONGFELLOW PLACE
Address

BOSTON          MA          02114
City            State       Zip Code

616-742-1810         612-242-5961
Phone Number         Fax Number