```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
            V.            )    CRIMINAL NUMBER. 05-10010-NMG
                          )
IGOR MOYSEYEV,            )
SEVERIN YELAUN,           )
DAVID S. TAMAREN and      )
JOHN F. MONTONI           )
```

MOTION FOR EXCLUDABLE DELAY

On February 2, 2005, the Defendants were arraigned in this case. The initial status conference was scheduled for April 11, 2005. That period of delay is greater than set forth in Local Rule 112.2(A)(1) and (2). However, that date was selected at the request of defense counsel due to various scheduling conflicts and other days of unavailability. Therefore, the government requests that, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and Local Rule 112.2 that the entire period of delay, that is, February 2 through April 11, 2005, be excluded from calculation under the Speedy Trial Act.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                              By: _____
                              JAMES J. MCGOVERN,
                              WILLIAM WEINREB and
                              JEFFREY AUERHAHN
                              Assistant U.S. Attorneys

                              Date: February 3, 2005