AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

IGOR MOYSEYEV

**WARRANT FOR ARREST**

**05 CR 10010 NMG**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **IGOR MOYSEYEV**
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)
mail fraud, wire fraud, health care fraud, conspiracy, money laundering, and money laundering conspiracy,

RECEIVED
2005 JAN 14 A 9:49
U.S. MARSHAL SERVICE
BOSTON, MA

in violation of
Title _____ United States Code, Section(s) 1341, 1343, 1347, 371, and 1956

Catherine M. Gawlik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

1-14-05  Boston
Date and Location

Bail fixed at $ _____ by _____
                                                                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/31/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.