

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

February 28, 2005

Jonathan D. Plaut, Esq.
101 Tremont Street, Suite 614
Boston, MA 02108

    Re:  <u>United States v. David Tamaren</u>,
         Criminal Number 05-10010-NMG

Dear Sir:

    Pursuant to the Order of February 24, 2005 by Judge Alexander (and consistent with your conversation with AUSA William Weinreb on February 16, 2005), the United States will only provide to each defendant in the above-captioned case copies of his own statements to law enforcement.  After receipt of your client's statements, please identify specifically what you believe should and can appropriately be withheld from your codefendants.  In making such designations, consider that the government has an obligation to disclose exculpatory information in its possession, in whatever form.  Further, codefendants might need to review statements of codefendants' that might give rise to <u>Bruton</u> issues. Accordingly, upon receipt of your response and the government's review, we may file a Motion to Amend the court's Order and/or a Motion for Reconsideration.

    If you have any questions, please feel free to call.

                       Very truly yours,

                       MICHAEL J. SULLIVAN
                       United States Attorney

              By:   <u>/s/James J. McGovern</u>
                   JAMES J. MCGOVERN
                   WILLIAM WEINREB and
                   JEFFREY AUERHAHN
                   Assistant U.S. Attorneys

cc:  Rex Brown, Clerk to the
     Honorable Joyce London Alexander

Sir
February 28, 2005
Page 2

    United States Magistrate Judge