UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-CR-10010-NMG

UNITED STATES OF AMERICA

v.

IGOR MOYSEYEV ET AL.

REPORT & ORDER ON
INTERIM STATUS CONFERENCE

ALEXANDER, M.J.

On October 25, 2005, parties appeared before this Court for an Interim Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys _____
_____
_____
_____
_____
_____.

2. Features of case that deserve special attention or modification of the standard schedule _____
_____
_____
_____
_____.

3. Anticipated supplemental discovery _____
_____
_____
_____.

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)
_____
_____
_____
_____.

5. Applicable periods of excludable delay under Speedy Trial Act _____
_____
_____
_____
_____
_____.

6. Trial  is / is not  anticipated. Estimated duration of trial
_____.

7. Other matters _____
_____
_____
_____.

      IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c)  has  /  has not  been established.   The motion date is set for _____.

An Interim Status Conference  has  /  has not  been scheduled.  The Interim Status Conference will be held at _____ on _____ in _____ courtroom.

A Final Status Conference will be held at 2:00 PM on  December 20, 2005 in courtroom 24.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

Additional Orders:

Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial December 20, 2005.

      By the Court,

Date: 10/25/2005      /s/ Jarrett Lovett
      Deputy Clerk