UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA            )
                                    )
            v.                      ) Criminal No. 05-10010-NMG
                                    )
IGOR MOYSEYEV, et al.,              )
                                    )
            Defendants.             )
_____ )

**NOTICE OF APPEARANCE OF GREGG SHAPIRO**

To the Clerk of this Court and all parties of record: Please enter the appearance of Gregg Shapiro as counsel for the United States in the above-captioned matter.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney


                   By:  /s/ Gregg Shapiro
                        Gregg Shapiro
                        Assistant United States Attorney
                        One Courthouse Way, Suite 9200
                        Boston, MA 02210
                        (617) 748-3366

Dated: January 27, 2006