UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                              CRIMINAL NO: 05-10010

v.

IGOR MOYSEYEV

ASSENTED TO MOTION TO EXTEND TIME FOR FILING MOTIONS

Now comes the defendant Igor Moyseyev and hereby moves this Honorable Court to extend time for the filing of dispositive motions from January 31, 2006, for three weeks, to February 21, 2006. In support thereof the defendant states the following:

1. The parties are still in the process of exchanging discovery materials and need to review them prior to filing any further motions.

2. Assistant United States Attorney William P. Weinreb assents to this motion.

3. This case is scheduled for its first status conference before the Honorable Nathaniel M. Gorton on Thursday February 9 at 2:00 p.m.

Wherefore the defendant respectfully requests that this Honorable Court allow this motion.

Respectfully Submitted,
IGOR MOYSEYEV
By his Attorneys,

/s/James E. McCall            /s/Murray P. Reiser
Four Longfellow Place         Four Longfellow Place
Suite 3703                    Suite 3703
Boston, MA 02114              Boston, MA 02114
(617)720-2900                 (617) 742-1810
BBO# 327365                   BBO# 416180