UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
UNITED STATES OF AMERICA     )
                             )
     v.                      )    Criminal No. 05-10010-NMG
                             )
IGOR MOYSEYEV                )
SEVERIN YELAUN,              )
DAVID S. TAMAREN, and        )
JOHN F. MONTONI,             )
                             )
          Defendants.        )
_____
```

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel in this case for the United States of America.

I certify that I am admitted to practice in this Court.

August 11, 2006

/s/Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way
Boston, MA 02210
Tel: 617 748 3142
Fax: 617 748 3675