**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA            CRIMINAL NO: 05-10010NMG

v.

IGOR MOYSEYEV

**DEFENDANT IGOR MOYSEYEV'S ASSENTED TO MOTION TO EXTEND TIME FOR THE FILING OF MOTIONS IN LIMINE**

Now comes the Defendant, Igor Moyseyev, and moves this Honorable Court to extend the time for the filing of his pre-trial motions from Wednesday, September 6, 2006, one week to Wednesday, September 13, 2006. In support thereof the defendant states that counsel for the Defendant and the government are attempting to finalize a plea agreement which would make the filing of pre-trial motions unnecessary. In addition the government assents to this motion.

Respectfully Submitted,
IGOR MOYSEYEV
By his Attorneys,

| /s/James E. McCall | /s/Murray P. Reiser |
| --- | --- |
| Four Longfellow Place | Four Longfellow Place |
| Suite 3703 | Suite 3703 |
| Boston, MA 02114 | Boston, MA 02114 |
| (617)720-2900 | (617) 742-1810 |
| BBO# 327365 | BBO# 416180 |

2