**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA             CRIMINAL NO: 05-10010NMG

v.

IGOR MOYSEYEV

## AFFIDAVIT IN SUPPORT OF DEFENDANT IGOR MOYSEYEV'S ASSENTED TO MOTION TO EXTEND TIME FOR THE FILING OF MOTIONS IN LIMINE

I, James E. McCall, hereby depose and state:

1. I along with Attorney Murray P. Resier represent the Igor Moyseyev
2. We have been in plea negotiations with the government and are hopeful we will have a signed plea agreement shortly.

Signed under the pains and penalties of perjury this 6th day of September 2006

                                /s/James E. McCall_____
                                James E. McCall