```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.  05-10010-NMG |
| | ) | |
| | ) | |
| **IGOR MOYSEYEV et al.,** | ) | |
| **Defendants** | ) | |

GOVERNMENT'S MOTION TO EXTEND
DEADLINE FOR RESPONDING TO MOTIONS IN LIMINE

The United States of America, by and through its undersigned counsel, respectfully moves to the Court to extend the deadline for responding to motions in limine by one week, to September 27, 2006.  As grounds for this motion, the government states the following:

1.   The Court previously ordered that the parties file motions in limine by September 6, 2006, and file responses by September 20, 2006.  Recently, the Court granted Severin Yelaun and Igor Moyseyev's motions to extend the deadline for filing motions in limine to September 15, 2006 and September 13, 2006, respectively.  The Court did not, however, simultaneously extend the deadline for filing responses.

2.   All four defendants and the government are actively seeking to negotiate plea agreements in order to dispose of this case without a trial.  If those negotiations are successful, it may obviate the need for some, if not all, of the motions in limine (and responses to them) that the parties would otherwise file.

WHEREFORE, the government respectfully requests that the Court extend the deadline for responding to motions in limine from September 20, 2006, to September 27, 2006.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

By:   /s/ William Weinreb
       WILLIAM D. WEINREB
       GREGG D. SHAPIRO
       JEREMY M. STERNBERG
       Assistant U.S. Attorneys